JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORIN TANASACHE,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-00797-FLA (ACCV)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, the court DENIES Petitioner Florin Tanasache's (A# 209-179-379) First Amended Petition for Writ of Habeas Corpus (Dkt. 21) without prejudice, and ENTERS Judgment in Respondents' favor.

IT IS SO ORDERED and ADJUDGED.

Dated: November 16, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge